ACCEPTED
12-14-00323-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
7/8/2015 2:13:15 PM
CATHY LUSK
CLERK

NO. 12-14-00323-CV

## IN THE
## TWELFTH COURT OF APPEALS
## TYLER, TEXAS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
7/8/2015 2:13:15 PM
CATHY S. LUSK
Clerk

_____

DAVID TUBB, ET AL.                                          APPELLANTS

V.

ASPECT INTERNATIONAL, INC., ET AL.                          APPELLEES

_____

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO
## FILE BRIEF OF APPELLEES

Appellees, Aspect International, Inc. and James Michael Sterling, request a thirty (30) day extension of the deadline for filing their brief, pursuant to Tex. R. App. P. 10.

1.      July 8, 2015, is the current deadline for filing Appellees' brief.

2.      A thirty (30) day extension is requested.

3.      The following facts are relied on to reasonably explain the need for an extension. Keith Dollahite (the "attorney") has not had adequate time to review the record, research the law, and prepare a brief.

| | |
|---|---|
| June 8 | The attorney received notice that Appellees's brief was due on July 8. |
| June 9 | The attorney prepared pleadings in order to comply with deadlines in *Dralie Partners, Ltd., v. Ironwood Oil & Gas LLC, et al.,* Cause No. D15-24152-CV, in the 13th District Court, Navarro County, Texas; and prepared settlement documents and participated in conference calls with opposing counsel, co-counsel, and clients in *Pioneer Royalty, Inc., et al. v. Gaither Petroleum Corp., et al.,* Cause No. 2012-255, in the 402nd Judicial |

1

District, Wood County, Texas.

June 10      The attorney prepared pleadings in order to comply with deadlines in *Dralie Partners, Ltd., v. Ironwood Oil & Gas LLC, et al.,* Cause No. D15-24152-CV, in the 13th District Court, Navarro County, Texas; prepared settlement documents and participated in conference calls with opposing counsel, co-counsel, and clients in *Pioneer Royalty, Inc., et al. v. Gaither Petroleum Corp., et al.,* Cause No. 2012-255, in the 402nd Judicial District, Wood County, Texas; prepared form contracts for a general contractor client; and participated in a construction site meeting with a client in an easement dispute.

June 11      The attorney prepared for and attending a hearing in *In the Matter of the Marriage of Sarah Jeannean Burgess and Danny Burgess,* Cause No. 10-2857-E, in the County Court at Law, Smith County, Texas; met with his client regarding a potential conflict in a lawsuit; prepared settlement documents and conferred with opposing counsel, co-counsel, and clients in *Pioneer Royalty, Inc., et al. v. Gaither Petroleum Corp., et al.,* Cause No. 2012-255, in the 402nd Judicial District, Wood County, Texas.

June 12      The attorney met with a new client; prepared form contracts for a general contractor client; met with his client regarding a potential conflict in a lawsuit; prepared settlement documents and conferred with opposing counsel, co-counsel, and clients in *Pioneer Royalty, Inc., et al. v. Gaither Petroleum Corp., et al.,* Cause No. 2012-255, in the 402nd Judicial District, Wood County, Texas; and prepared pleadings in order to comply with deadlines in *Dralie Partners, Ltd., v. Ironwood Oil & Gas LLC, et al.,* Cause No. D15-24152-CV, in the 13th District Court, Navarro County, Texas.

June 13      Saturday.

June 14      Sunday.

June 15      The attorney prepared pleadings in order to comply with deadlines in *Dralie Partners, Ltd., v. Ironwood Oil & Gas LLC, et al.,* Cause No. D15-24152-CV, in the 13th District Court, Navarro County, Texas; and prepared dismissal documents in *Elmer C. Honath, et al. v. Ironwood Oil & Gas LLC, et al.,* Cause No. D12-21145-CV, in the 13th Judicial

District, Navarro County, Texas; and met with a client regarding an easement dispute at a construction site.

June 16    The attorney prepared a proposed supply contract for an out-of-state transaction and researched legal authorities affecting same; the attorney participated in conference calls with opposing counsel and his client in *Fuentes, et al. v. Riggle,* No. 6:14-CV-00179, in the United States District Court for the Eastern District of Texas, Tyler Division; and prepared settlement documents and conferred with opposing counsel, co-counsel, and clients in *Pioneer Royalty, Inc., et al. v. Gaither Petroleum Corp., et al.,* Cause No. 2012-255, in the 402nd Judicial District, Wood County, Texas.

June 17    The attorney prepared settlement documents and conferred with opposing counsel, co-counsel, and clients in *Pioneer Royalty, Inc., et al. v. Gaither Petroleum Corp., et al.,* Cause No. 2012-255, in the 402nd Judicial District, Wood County, Texas.

June 18    The attorney prepared settlement documents and conferred with opposing counsel, co-counsel, and clients in *Pioneer Royalty, Inc., et al. v. Gaither Petroleum Corp., et al.,* Cause No. 2012-255, in the 402nd Judicial District, Wood County, Texas.

June 19    The attorney prepared a reply brief in *In re Lazy W District No. 1*, No. 15-0117, in the Texas Supreme Court.

June 20    The attorney prepared a reply brief in *In re Lazy W District No. 1*, No.
Saturday    15-0117, in the Texas Supreme Court.

June 21    The attorney prepared a reply brief in *In re Lazy W District No. 1*, No.
Sunday    15-0117, in the Texas Supreme Court.

June 22    The attorney prepared a reply brief in *In re Lazy W District No. 1*, No. 15-0117, in the Texas Supreme Court.

June 23    The attorney traveled to Dallas for a meeting with a potential new client.

| | |
|---|---|
| June 24 | The attorney prepared settlement documents and conferred with opposing counsel, co-counsel, and clients in *Pioneer Royalty, Inc., et al. v. Gaither Petroleum Corp., et al.,* Cause No. 2012-255, in the 402nd Judicial District, Wood County, Texas; prepared pleadings in order to comply with deadlines in *Dralie Partners, Ltd., v. Ironwood Oil & Gas LLC, et al.,* Cause No. D15-24152-CV, in the 13th District Court, Navarro County, Texas; and prepared lease amendments for a client. |
| June 25 | The attorney prepared a proposed supply contract for an out-of-state transaction and researched legal authorities affecting same; reviewed and answered incoming correspondence from the previous few days; and prepared for mediation in *Fuentes, et al. v. Riggle,* No. 6:14-CV-00179, in the United States District Court for the Eastern District of Texas, Tyler Division. |
| June 26 | The attorney met with co-counsel in *Monty Clay, et al. v. AIG Aerospace Insurance Services, Inc., et al.*, No. 06-15-00024-CV, in the 6th Court of Appeals, Texarkana, Texas. |
| June 27 | Saturday. |
| June 28 | Sunday. |
| June 29 | The attorney met with his client and vendors, and prepared a proposed supply contract for an out-of-state transaction and researched legal authorities affecting same; and prepared for mediation in *Fuentes, et al. v. Riggle,* No. 6:14-CV-00179, in the United States District Court for the Eastern District of Texas, Tyler Division. |
| June 30 | The attorney prepared for mediation in *Fuentes, et al. v. Riggle,* No. 6:14-CV-00179, in the United States District Court for the Eastern District of Texas, Tyler Division; prepared pleadings in order to comply with deadlines in *Dralie Partners, Ltd., v. Ironwood Oil & Gas LLC, et al.,* Cause No. D15-24152-CV, in the 13th District Court, Navarro County, Texas; and met with a client regarding an easement dispute at a construction site. |
| July 1 | The attorney reviewed a demand letter issued to a client and prepared a response to same; prepared pleadings in order to comply with deadlines in *Dralie Partners, Ltd., v. Ironwood Oil & Gas LLC, et al.,* |

4

Cause No. D15-24152-CV, in the 13th District Court, Navarro County, Texas; and prepared discovery responses to comply with deadlines in *CompleteRX, Ltd v. Mother Frances Hospital Regional Health Care*, No. 01-14-0001-1844, before the American Arbitration Association, Dallas, Texas.

July 2    The attorney prepared for mediation in *Fuentes, et al. v. Riggle,* No. 6:14-CV-00179, in the United States District Court for the Eastern District of Texas, Tyler Division; prepared pleadings in order to comply with deadlines in *Dralie Partners, Ltd., v. Ironwood Oil & Gas LLC, et al.,* Cause No. D15-24152-CV, in the 13th District Court, Navarro County, Texas; and met with clients and co-counsel to review settlement documents in *Pioneer Royalty, Inc., et al. v. Gaither Petroleum Corp., et al.,* Cause No. 2012-255, in the 402nd Judicial District, Wood County, Texas.

July 3    Office closed in observance of July 4.

July 4    Saturday.

July 5    Sunday.

July 6    The attorney prepared for mediation in *Fuentes, et al. v. Riggle,* No. 6:14-CV-00179, in the United States District Court for the Eastern District of Texas, Tyler Division; and prepared for mediation in *Pioneer Royalty, Inc., et al. v. Gaither Petroleum Corp., et al.,* Cause No. 2012-255, in the 402nd Judicial District, Wood County, Texas.

July 7    The attorney attended mediation in *Pioneer Royalty, Inc., et al. v. Gaither Petroleum Corp., et al.,* Cause No. 2012-255, in the 402nd Judicial District, Wood County, Texas.

July 8    The attorney attended mediation in *Pioneer Royalty, Inc., et al. v. Gaither Petroleum Corp., et al.,* Cause No. 2012-255, in the 402nd Judicial District, Wood County, Texas.

4.    The attorney plans to complete the Appellees' brief within the next thirty (30) days.

5.    This is Appellees' first request for an extension of this deadline.

WHEREFORE, Appellees, Aspect International, Inc. and James Michael Sterling, request the Court to grant this motion.

Respectfully submitted,

M. KEITH DOLLAHITE, P.C.
5457 Donnybrook Avenue
Tyler, Texas  75703
(903) 581-2110
(903) 581-2113  (Facsimile)

/s/ Keith Dollahite
By:_____
M. Keith Dollahite
State Bar No. 05958550

## CERTIFICATE OF CONFERENCE

Before filing this motion, Greg Smith, the attorney for Appellants, was contacted about this motion, and he indicated he does not oppose this motion.

/s/ Keith Dollahite

_____

## VERIFICATION

I swear or affirm that the facts stated herein are true and correct.

THE STATE OF TEXAS          §
                            §
COUNTY OF SMITH             §

BEFORE ME, the undersigned official, on this day personally appeared the undersigned affiant, known to me to be the person whose name is subscribed to the foregoing document, and being by me first duly sworn, declared that the statements therein contained are true and correct.

SUBSCRIBED AND SWORN TO before me on July 8, 2015, to certify which witness my hand and seal of office.



Notary Public, State of Texas
My Commission Expires: 7/01/2017

## CERTIFICATE OF SERVICE

This document was filed and served electronically upon Gregory D. Smith, Ramey & Flock, P.C., 100 East Ferguson, Suite 500, Tyler, Texas 75702, gsmith@rameyflock.com on July 8, 2015.

/s/ Keith Dollahite

7